UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

RASIDA RAMIC,                        )
                                     )
            Plaintiff,               )
                                     )
      v.                             )      Case No. 4:13CV2442 AGF-TIA
                                     )
CAROLYN W. COLVIN,                   )
Commissioner of Social Security,     )
                                     )
            Defendant.               )

## MEMORANDUM AND ORDER

Currently before the Court is the Report and Recommendation of United States

Magistrate Judge Terry I. Adelman, to whom this matter was referred for recommended

disposition pursuant to 28 U.S.C. § 636(b).  On January 13, 2015, Magistrate Judge

Adelman filed his Report and Recommendation, recommending that the Court affirm the

decision of the Commissioner to deny Plaintiff supplemental security income under Title

XVI of the Social Security Act and disability insurance benefits under Title II of the

Social Security Act.  Neither party has filed objections to the Report and

Recommendation and the time to do so has passed.

Upon careful consideration of the Report and Recommendation and the record in

this case, the Court concurs with the recommendation of the Magistrate Judge that the

Commissioner's decision in this matter should be affirmed.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge is **SUSTAINED, ADOPTED,** and **INCORPORATED** herein, and the decision of the Commissioner in this case is **AFFIRMED**.

A separate Judgment shall accompany this Memorandum and Order.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of February, 2015.